■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL VIGORITO, Appellant. — Judgment of the County Court, Nassau County (Harrington, J.), rendered January 11, 1983, affirmed. No opinion. ¶ This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Brown, Niehoff and Boyers, JJ., concur.